UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

| | |
|---|---|
| Christopher M. Wolpert<br>Clerk of Court | Jane K. Castro<br>Chief Deputy Clerk |

January 17, 2023

Mr. Matthew Shoger
Office of the Attorney General for the State of Kansas
Civil Litigation Division
120 SW 10th Avenue, 2nd Floor
Topeka, KS 66612

**RE:**　　**22-3285, Kidd v. Baker, et al**
　　　　Dist/Ag docket: 5:22-CV-03123-JWL-JPO

Dear Counsel:

You have failed to comply with the requirements of the Federal Rules of Appellate Procedure or Tenth Circuit Rules in the following respect:

An entry of appearance and certificate of interested parties has not been filed as required by 10th Cir. R. 46.1.

Please correct the stated deficiency within three days of the date of this notice if these appellees intend to participate in this appeal. If these parties do not intend to participate in the appeal, please file a "notice of non-participation" with the court as soon as possible.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

cc:　　Anthony S. Kidd

CMW/at