UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

**Entry of Appearance and Certificate of Interested Parties**

| | |
|---|---|
| Anthony S. Kidd.<br><br>   Plaintiff-Appellant,<br><br>v.<br><br>Jeremy Baker, et al.<br><br>   Defendants-Appellees | Case No. 22-3285 |

  In accordance with 10th Cir. R. 46.1, the undersigned attorney hereby appears as counsel for Jeremy Baker, Michael Falck, Tyler Jones, (FNU) Simmons, and Jason Vsetecka, Appellees in the subject case.

  Further, in accordance with 10th Cir. R. 46.1, the undersigned certifies as follows:

[X] On the reverse of this form is a completed certificate of interested parties and/or attorneys not otherwise disclosed, who are now or have been interested in this litigation or any related proceeding. Specifically, counsel should not include in the certificate any attorney or party identified immediately above.

[ ] There are no such parties, or any such parties have already been disclosed to the court.

*/s/Matthew L. Shoger*
Matthew L. Shoger, KS No. 28151
Assistant Attorney General
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas 66612-1597
TEL: (785) 296-2215
FAX: (785) 291-3767
Matt.shoger@ag.ks.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on January 18, 2023, I electronically filed this Entry of Appearance and Certificate of Interested Parties with the Clerk of the Tenth Circuit Court of Appeals using the CM/ECF system, with a copy served by means of first class mail, postage prepaid, addressed to:

Anthony S. Kidd
El Dorado Correctional Facility
P.O. Box 311
El Dorado, KS 67042

                                              *s/ Matthew L. Shoger*
                                              Matthew L. Shoger

UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

Anthony S. Kidd

        Plaintiff-Appellant,

v.

Jeremy L. Baker, et al.

        Defendants-Appellees

Case No. 22-3285

**Certificate of Interested Parties**

The following are not direct parties in this appeal but do have some interest in or a relationship with the litigation or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court but who have appeared for any party in prior trial or administrative proceedings, or in related proceedings, are noted below.

**Dennis D. Depew**
Office of Attorney General - Kansas
120 SW 10th Avenue
Topeka, KS 66612-1597

**Natasha M. Carter**
Kansas Department of Corrections
714 SW Jackson Street, Suite 300
Topeka, KS 66603
Email: natasha.carter@ks.gov

**Jon D. Graves**
Hutchinson Correctional Facility
PO Box 1568
Hutchinson, KS 67504-1568