UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

| | | |
|---|---|---|
| Christopher M. Wolpert<br>Clerk of Court | | Jane K. Castro<br>Chief Deputy Clerk |

January 18, 2023

Anthony S. Kidd
#93399
El Dorado Correctional Facility
P.O. Box 311
El Dorado, KS 67042

**RE:** 22-3285, Kidd v. Baker, et al
Dist/Ag docket: 5:22-CV-03123-JWL-JPO

Dear Appellant:

Appellant's motion for Leave to Proceed on appeal without prepayment of costs or fees (PLRA Form) received in this case is deficient in the following respect:

The motion does not comply with the Prisoner Reform Litigation Act, 28 U.S.C. Sec. 1915. On or before February 13, 2023, you must complete and return the enclosed Addendum including the Certified Trust Account Statement. Failure to comply may result in dismissal of this appeal without further notice. See 10th Cir. R. 3.3(B).

The court will not act upon the deficient motion.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

cc: Matthew Shoger

CMW/mlb