**FILED**
**United States Court of Appeals**
**Tenth Circuit**

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

**January 26, 2023**

**Christopher M. Wolpert**
**Clerk of Court**

_____

ANTHONY S. KIDD,

     Plaintiff - Appellant,

v.

JEREMY BAKER, et al.,

     Defendants - Appellees.

No. 22-3285
(D.C. No. 5:22-CV-03123-JWL-JPO)
(D. Kan.)

_____

## ORDER
_____

This matter is before the court on *Defendants' Notice of Non-Participation and Objection to Being Named as Appellees*, in which the non-Doe defendants: (1) state that they "do[]not intend to participate in this appeal because this case was dismissed on screening under 28 U.S.C. § 1915A, and no defendants were involved at the District Court level in the screening order now on appeal"; and (2) "object to any defendant being named as an appellee in the current appeal."

Upon consideration, Messrs. Baker, Jones, Falck, Vsetecka, and Simmons (the "Named Defendants") will remain on the docket for this appeal as defendants-appellees, subject to reconsideration by the panel of judges that will later be assigned to consider this appeal on its merits.: the Named Defendants appeared on the district court's docket; were served, appeared and participated in the proceedings before the district court; and were named in its judgment.

Although this court has not yet decided whether to hear oral argument in this appeal, because the Named Defendants have elected not to file a brief, they "will not be heard at oral argument unless the court grants permission." Fed. R. App. P. 31(c).

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk