22-3285, Kidd v. Bailer, et al
Dist/Ag docket: 5:22-CV-03123-JWL-JPO

Motion to Reconsiter or en-BANK!

Arguements!

1.) Plaintiff Kidd Appeals pro se from order of the District Court Dismissing the 42 USC § 1983 Civil Rights Complaint. it's noted Kidds claims involved Allegations of His Condition in Confinment the relevant path to exhaust His claims was set out in IMPP 44-15-101b (Rule Book) The Procedure set out in § 44-15-101b. Quotes The grievence Have to be filed with in fifteen days, it also Quotes NO GRIEVANCE Regardless of the time of discovery, shall be file later than one year! Any Grievance file Later than these deadlines may be returned to the inmate with out investigation - note yes it was good the unite team And warden responded to the Grievance even when it's A right or wrong Answer! Note the unit team Manager stated I'm to late to fik A Personal Injury claim note the Warden Answer According to KAR-44-15-101 A(d)(2) The Grievance Procedure shall not be used in any way As Substitute for the offender Property Loss or personal Injury claims Procedure -

1)

The Administrative fail to understand I'm Litigating my (Condition And Confinement) wich would be a eight Amendment violation standart for filing a civil 1983 civil complaint And As the panel vett through the rule book (Kan Impp 44-15-101b. Time limit for filing Grievance Grievances shall be filed within 15 days from date of the Discovery of the event giving rise to the Grievance. No Grievance regarless of Time of Discovery, shall be filed (No later than one year After the event). Any Grievance filed later than "These (deadlines) may be returned to the Inmate without investigation. Note! These are Grievance Procedures And Alternative Kar, and or Impp - Exhaustion of Administrative Remedies Pursuant to KSA 75-52-138

I gave the Informal Resolution) Quoting Due To The Fact the Acting Complaint of in this Grievence Took place at Larned. I was not Able to Address the matter with unit team staff I Address it with the Correspondence Attached SEE 'E' Form "9" Confirmation No: 17538893Z Request No: 17495243Z (Date 4/22/22/Actions of issues Happened on 12/28/21) - I Grievanced my Beating And Being on "OSR" That's Conditions And Confinement - one of These Deadlines wich Kidd did file no later than one year              2)

After the event do to my exceptional cercomstance for Being Placed on OSR And physicaly Hurt And Mentaly Scarred. The Plaintiff Kidd Grievance was Intertained And Investigated There for the Grievance was exhausted under 44-15-101b. Time limitations for Filing Grievance Stating no Grievance Regarless of time of the Discovery Shall Be filed (later than one year After the event). As this Court vett throw the Grievance Procedures And Alternative KAR And IMPP 44-15-101b. Time Limit for Filing Grievance you'll See Kidd the plaintiff properly exhaust Administrative Grievance About His Conditions In Confinement - Becouse the Administration Rule on the Issues And Investagate the Issues no matter, if there answer was wrong or Right. Mr Kidd by Law Properly exHaust His Grievance, Becouse every one Had A Chance to Intertain the Grievance. The (Conculsion) would Be the Upper Caption Arguements

3)

## Certificate of Service

I Anthony S Kidd Here by Certify that on March/21/2023 I maild A copyed Motion to Reconsider on en-Banc to United States Court of Appeals for the Tenth Circuit 1823 Stout Street Denver, Colorado 80257 - And A Copy to Matthew L Shoger Assistant Attorney General 120 SW 10th Avenue 2nd Floor Topeka, Kansas 66612-1597

I Anthony S Kidd #93399 Declare under Penalty of Perjury that foregoing is true And Correct Pursuant to 28 USC § 1744

Anthony S Kidd # 93399
Eldorado C.F
PO Box 311
Eldorado, KS 67042

To United States Court of
Appeals 1823 Stout Street
Denver, Colorado 80257

Scanned by
US Marshal